## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                                            Case No. 4:13-cr-00169 KGB

DALU CHEN

### **ORDER**

    The United States and the Defendant, Dalu Chen, have reached an agreement concerning the amount of restitution owed to the victim, Vicky, in this case.  Mr. Chen has agreed to pay $2,000 in restitution on the date of his sentencing, May 22, 2014.

    The Clerk of the Court is directed to accept the $2,000 from Mr. Chen or paid on Mr. Chen's behalf and hold it until the Judgment and Commitment is entered in this case ordering restitution.  The $2,000 should then be made payable to "Carol Hepburn in trust of Vicky" and sent to Carol Hepburn at 2722 Eastlake Ave. E., Suite 200, Seattle, Washington 98102.

    IT IS SO ORDERED this 22nd day of May, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE